# Court of Appeals
# of the State of Georgia

ATLANTA, October 18, 2023

*The Court of Appeals hereby passes the following order:*

**A24I0047. HENRY MACEDWARD MANNEY v. THE STATE.**
**A24I0048. HENRY MACEDWARD MANNEY v. THE STATE.**

Proceeding on two separate warrants, the magistrate court determined that probable cause existed to charge Henry Macedward Manney with numerous counts of rape and child molestation and transferred the matters to superior court for further prosecution. In both cases, the superior court issued orders denying bond. Seeking to challenge the magistrate court and superior court orders, Manney filed a "petition for writ of certiorari" in the Georgia Supreme Court, which docketed the filing as two interlocutory applications and transferred the applications to this Court. See Cases No. S24I0030; S24I0031 (Sept. 14, 2023). We lack jurisdiction.

Because the charges against Manney remain pending below, the orders that he seeks to appeal are interlocutory. *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989); see *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999) (an order denying pre-trial bond is interlocutory). Accordingly, he was required to follow the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – in order to appeal. See OCGA § 5-6-34 (b); *Boyd*, 191

Ga. App. at 435. His failure to do so deprives us of jurisdiction to consider these applications, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __10/18/2023__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____ , *Clerk.*